PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARJOT SINGH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SANDRA ANDERSON, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. 2:22-CV-00480-WBS-AC<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

　　　The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.

　　　This case concerns Plaintiff's request for U.S. Citizenship and Immigration Services to issue a Notice to Appear, following the adjudication and denial of Plaintiff's application for immigration benefits. The undersigned counsel is working with USCIS to take further action in this matter, which is expected to render this lawsuit moot.

　　　The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 1, 2022. The parties further request that all other filing deadlines be similarly extended, and that the initial scheduling conference, currently scheduled for July 18, 2022, be vacated and reset.

1

Respectfully submitted,

Dated: May 20, 2022                          PHILLIP A. TALBERT
                                             United States Attorney

                                       By:   /s/ ELLIOT C. WONG
                                             ELLIOT C. WONG
                                             Assistant United States Attorney


                                             /s/ JOSEPH JOHN SIGUENZA
                                             JOSEPH JOHN SIGUENZA
                                             Counsel for Plaintiff

ORDER

IT IS SO ORDERED:

The new date for Defendants to file an answer or other dispositive pleading is July 1, 2022.  The Scheduling Conference is continued to **September 26, 2022 at 1:30 p.m**.  A joint status report shall be filed no later than **September 12, 2022.**

Dated: May 23, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2